1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,

Case No.  19cr5178-MMA

11

Plaintiff,

**AMENDED ORDER OF CRIMINAL FORFEITURE**

12

v.

13

LONNIE PAUL SACCOCCIE,

[Doc. No. 33]

14

Defendant.

15
16
17

On June 29, 2020, this Court entered its Preliminary Order of Criminal

18

Forfeiture, which condemned and forfeited to the United States all right, title and

19

interest of Defendant LONNIE PAUL SACCOCCIE ("Defendant") in all

20

miscellaneous .22 caliber ammunition.

21

For thirty (30) consecutive days ending on August 9, 2020, the United States

22

published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order

23

and the United States' intent to dispose of the property in such manner as the

24

Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the

25

Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions,

26

and further notifying all third parties of their right to petition the Court within thirty

27

(30) days of the final publication for a hearing to adjudicate the validity of their

28

alleged legal interest in the property.

1    There were no potential third parties known to the United States to have

2 alleged an interest in the forfeited property; therefore, no one was provided with

3 direct notice of the forfeiture.

4    Thirty (30) days have passed following the final date of notice by publication,

5 and no third party has made a claim to or declared any interest in the forfeited

6 property described above.

7    Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED

8 that, as a result of the failure of any third party to come forward or file a petition for

9 relief from forfeiture as provided by law, all right, title and interest of LONNIE

10 PAUL SACCOCCIE and any and all third parties in all miscellaneous .22 caliber

11 ammunition are hereby condemned, forfeited and vested in the United States of

12 America.

13    IT IS FURTHER ORDERED that the Drug Enforcement Administration shall

14 dispose of the forfeited property according to law.

15    **IT IS SO ORDERED**.

16 DATE: September 29, 2020

17                HON. MICHAEL M. ANELLO
                 United States District Judge
18

19

20

21

22

23

24

25

26

27

28